## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JONATHAN DALE RANDOLPH** | * | **CIVIL ACTION NO.: 2:22-3952** |
| | * | |
| **VERSUS** | * | **HONORABLE SUSIE MORGAN** |
| | * | |
| **UNION PACIFIC RAILROAD COMPANY** | * | **MAG. JUDGE DANA DOUGLAS** |
| | * | |
| ******************************************* | | **TRIAL BY JURY** |

## RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE

MAY IT PLEASE THE COURT:

NOW COMES, through undersigned counsel, the Plaintiff, Jonathan Randolph, who, pursuant to Rule 41(a)(1)(A)(i), submits this Notice of Dismissal Without Prejudice. The Complaint has not been served, and no other party, including Defendant, has made an appearance.

This 24th day of October 2022.

>  **DAVIS, SAUNDERS & MILLER, PLC**
>
> BY:   */s/ Joseph M. Miller*
>   **JOSEPH M. MILLER #30636**
>   **BENJAMIN B. SAUNDERS #11733**
>   450 N. Causeway Blvd., Suite D
>   Mandeville, Louisiana 70448
>   Telephone: (985) 612-3070
>   **Attorneys for Plaintiff, Jonathan Randolph**